JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6095
26 U.S.C. §§5861(d) and 5871

**CR-ZLOCH**
MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA,      :

      PLAINTIFF,      :

v.      :

DERRECK STRZEPKA,      :

      DEFENDANT.      :

---

### INDICTMENT

The Grand Jury charges that:

On or about March 22, 2000, at Broward County, in the Southern District of Florida, the defendant,

**DERRECK STRZEPKA,**

did knowingly possess a firearm, that is, a Riverside Arms, sawed off 16 gauge shotgun, to wit, a shotgun having a barrel of less than 18 inches in length, serial number 95184, which firearm was not registered to him in the National Firearms Registration and Transfer Record as required



by Chapter 53, Title 26, United States Code; in violation of Title 26, United States Code, Sections 5861(d) and 5871.

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
THOMAS E. SCOTT
UNITED STATES ATTORNEY

*[signature]*
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: DERRECK STRZEPKA    No.: 00-6095

CR-ZLOCH

Count #I:    Possession of unregistered firearm (26:5861(d) & 5871)

MAGISTRATE JUDGE
SELTZER

*Max Penalty:    Fine of $250,00.00 and up to ten years' in prison

Count #2:

*Max Penalty:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DERRECK STRZEPKA

CASE NO. **00-6095** CR-ZLOCH

MAGISTRATE JUDGE SELTZER

**CERTIFICATE OF TRIAL ATTORNEY***
Superseding Case Information:

New Defendant(s)         Yes ___ No ___
Number of New Defendants      ___
Total number of counts         ___

**Court Division:** (Select One)

___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I     0 to 5 days     _X_    Petty      ___
   II    6 to 10 days    ___    Minor      ___
   III   11 to 20 days   ___    Misdem.    ___
   IV    21 to 60 days   ___    Felony     _X_
   V     61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    (Yes or No) _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _ Yes _X_ No    If yes, was it pending in the Central Region? _ Yes _ No

JEFFREY H. KAY
ASSISTANT UNITED STATES ATTORNEY
FLA BAR. 208035

*Penalty Sheet(s) attached

REV.4/7/99