AO 442 (Rev. 12/85) Warrant for Arrest   AUSA KAY

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

DERRECK STRZEPKA

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6095 CR-ZLOCH

MAGISTRATE JUDGE SELTZER

YOU ARE HEREBY COMMANDED to arrest __DERRECK STRZEPKA__
                                            Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)   Possession of an unregistered firearm

FILED by ___ D.C.
APR 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

in violation of Title __26__ United States Code, Section(s) __5861 and 5871__

CLARENCE MADDOX
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ 100,000 personal surety bond
— Do not lodge overnight

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

FORT LAUDERDALE, FL — April 13, 2000
Date and Location

by UNITED STATES MAGISTRATE JUDGE
BARRY S. SELTZER      _[signature]_
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | _[signature]_ |