U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

DEFT: Derreck Strzepka (J)#  CASE NO: 00-6095-CR-Zloch
AUSA: Jeff Kay /Robin Rosenbaum  ATTNY: _____
AGENT: _____  VIOL: 26:5861, 5871
PROCEEDING: Initial Appearance  BOND REC: PSB
BOND HEARING HELD – yes/no  COUNSEL APPOINTED: _____
BOND SET @ $100,000 PSB
CO-SIGNATURES: parents
SPECIAL CONDITIONS:

FILED by ___ D.C.
APR 20 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: SD/PL
12) _____ Halfway House _____
    _____ Electronic Monitoring _____

Reside at current address, no illegal drug or excessive alcohol

d – advised of charge.

d – will try to hire an atty. Michael Gottlieb

d – known

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:  5-2-00  11:00am  SNOW
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:  5-2-00  11:00am  SNOW
STATUS CONFERENCE:

DATE: 4-20-00  TIME: 11:00am  TAPE # 00-030/031
2694 – 3016
recalled
3500 – 3846
00-031