UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6095-Cr-WJZ

UNITED STATES OF AMERICA   )
                           )
v.                         )
                           )
DERRECK STRZEPKA           )
                           )



### NOTICE OF REASSIGNMENT

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that the above captioned case has been reassigned to Assistant United States Attorney Roger Powell.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By  *Roger W. Powell*
ROGER POWELL
Assistant United States Attorney
FLA BAR No. 341411
500 E. Broward Blvd. 7th Flr
Fort Lauderdale, Fl 3394
(954) 356-7255 Ext. 3592

