AO 442 (Rev. 12/85) Warrant for Arrest  AUSA  KAY

463580

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

DERRECK STRZEPKA

**WARRANT FOR ARREST**

CASE NUMBER: 00-6095 CR-ZLOCH

MAGISTRATE JUDGE SELTZER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DERRECK STRZEPKA__
                                                   Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)   Possession of an unregistered firearm

in violation of Title __26__ United States Code, Section(s) __5861 and 5871__

CLARENCE MADDOX
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Bail fixed at $ 100,000 personal surety bond
— Do not lodge w/ warrant

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

FORT LAUDERDALE, FL — April 13, 2000
Date and Location

by UNITED STATES MAGISTRATE JUDGE
BARRY S. SELTZER
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/13/2000 | James A. Tassone, US Marshal | _(signature)_ |
| DATE OF ARREST 4/20/2000 | FOR: ATF | Fred Depompa, SDUSM |