UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55279-004

UNITED STATES OF AMERICA )
         Plaintiff       )   Case Number: CR 00-6095 Cr-Zloch
                         )   REPORT COMMENCING CRIMINAL
    -vs-                 )   ACTION
                         )
Derrick Strzepka         )
         Defendant

************************************************************
TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
************************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4-20-00  10:30 (am)/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Possession of an unregistered firearm 26 USC 5861(d)

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 1-31-71

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern of Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [X] YES  [ ] NO

Amount of Bond: $100,000 PS.
Who set Bond: Judge B Seltzer

(7) Remarks: _____

(8) Date: 4-20-00       (9) Arresting Officer: Vince Cway
(10) Agency: ATF        (11) Phone: (954) 938-2970
(12) Comments: _____