```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
                                    CASE NO. 00-6095-CR-ZLOCH
UNITED STATES OF AMERICA

     vs
                                    ARRAIGNMENT INFORMATION SHEET
DERRECK STRZEPKA
```

FILED by D.C. MAY - 1 2000 CLARENCE MADDOX S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MAY 1, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __ON BOND FORM__

                    Telephone: _____

DEFENSE COUNSEL:    Name: __MICHAEL GOTTLIEB, ESQ.__

                    Address: _____

                    Telephone: _____

BOND SET/CONTINUED: $ __CON'T AS SET__

Bond hearing held: yes____ no____  Bond hearing set for_____

Dated this __1ST__ day of __MAY__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: *Jenny Butler* (signature)
Deputy Clerk
Tape No. __00-023__

cc: Copy for Judge
    U. S. Attorney

