COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: DERRECK STRZEPKA (B)         CASE NO: 00-6095-CR-ZLOCH
AUSA: JEFFREY KAY / Rosenthal      ATTY: Michael Gottlieb
AGENT: _____              VIOL: _____
PROCEEDING INQ RE CNSL/ARRAIGNMENT   RECOMMENDED BOND _____
BOND HEARING HELD - yes/no          COUNSEL APPOINTED _____

_____ BOND SET @

_____ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person

3) Travel extended to:

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:

                         PTD/BOND HRG:

                         PRELIM/ARRAIGN:

                         REMOVAL HRG:

                         STATUS CONF:   5-16  11  BSS

Date: 5-1-00    Time 11:00    FTL/LSS TAPE #00- 023    Begin: 1147    End: 1196

