| | | | |
|---|---|---|---|
| DEFT: | Derreck Strzepka (no deft) | CASE NO: | 00-6095-CR-Zloch |
| AUSA: | Jeff Kay /Nicholson/ | ATTNY: | Michael Gottlieb |
| AGENT: | | VIOL: | pres |
| PROCEEDING: | Status Conference | BOND REC: | |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
MAY 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. OF
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House
    Electronic Monitoring

Discovery out
2 days to try
no tapes
possible plea


possible plea

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 5-16-00   TIME: 11:00am   TAPE # 00-040   PG # 2

3175 -3250