UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6095-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

DERRICK STRZEPKA,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on May 16, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has today complied with its obligations under the Standing Discovery Order. Accordingly, no motions are currently pending. The Government further represented that it is ready to proceed and that this matter would require two days to try. A plea disposition, however, remains a possibility.

2. Defense counsel concurred with the Government's assessment.

DATED at Fort Lauderdale, Florida this 16th day of May 2000.

Barry Seltzer
BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William J. Zloch
United States District Judge

Jeffrey Kay, Esquire
Assistant United States Attorney

Michael Gottlieb, Esquire
1311 SE 2nd Avenue
Fort Lauderdale, Florida 33316-1809
Attorney for Defendant