UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:   00-6095-CR-ZLOCH

UNITED STATES OF AMERICA

      v.

DERRECK STRZEPKA

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE					COURTROOM A
299 E. BROWARD BLVD.			DATE & TIME:
FT. LAUDERDALE, Fl, 33301		June 19, 2000, at 9:00 AM

CALENDAR CALL - RESET BY COURT

                         CLARENCE MADDOX
                         CLERK OF COURT

                         BY DEPUTY CLERK

DATE: May 25, 2000

cc:
Roger Powell, Esq., AUSA
Michael Gottlieb, Esq.

