UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NUMBER: 00-6095-CR-ZLOCH

    Plaintiffs,

vs.  **MOTION TO CONTINUE**

DERRECK STRZEPKA,

    Defendant
_____/

COMES NOW the Defendant, DERRECK STRZEPKA, by and through the undersigned counsel, pursuant to Federal Rules of Criminal Procedure and moves this Honorable Court to grant this Motion and enter an Order continuing the Calendar Call in the above-styled cause, and as grounds therefore would allege as follows:

1. That the Defendant is presently charged by an Indictment with possession of a sawed off shotgun.

2. That the Defendant is scheduled for a Calendar Call on June 19, 2000, at 9:00 a.m.

3. That the Defendant is engaged in on-going plea negotiations with the Office of the United States Attorney.

## 10-G CERTIFICATE

4. That the undersigned counsel has spoken with Roger Powell, the Assistant United States Attorney, who has indicated he has no objection to the instant motion.

WHEREFORE, the Defendant, DERRECK STRZEPKA, prays this Honorable Court to grant this Motion and enter an Order continuing the Calendar Call in the above-styled cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S Mail to Roger Powell, Esquire, Office of the United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 on this _____ day of June, 2000.

Michael A. Gottlieb, Esquire
Michael A. Gottlieb, P.A.
1311 SE 2nd Avenue
Ft. Lauderdale, Florida 33316
Phone: 954-462-1005
Fax 954-463-9869
Florida Bar No  981133