UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6095-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**ORDER GRANTING CONTINUANCE
AND RESETTING TRIAL**

DERRECK STRZEPKA,

        Defendant.
_____/

THIS MATTER is before the Court for Calendar Call on June 19, 2000, and upon the Defendant, Derreck Strzepka's, Motion To Continue, bearing Certificate of Service dated June 14, 2000, based upon the unavailability of counsel for said Defendant. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Derreck Strzepka's, Motion To Continue be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of June 20, 2000 and is hereby reset for the two-week trial calendar commencing



on Monday, July 3, 2000, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, June 30, 2000, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, June 14, 2000, through and including July 3, 2000, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of June, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Roger Powell, Esq., AUSA

Michael A. Gottlieb, Esq.
For Defendant Strzepka

2