UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00 - 6095-CR-ZLOCH  DATE 6-19-00

CLERK Carlone Newby  REPORTER Carl Schanzlee

PROBATION _____ INTERPRETER _____

UNITED STATES OF AMERICA V. Derrect Starzopka

U. S. ATTORNEY Roger Powell  DEFT COUNSEL John Adair
Gene Gottlieb

DEFENDANT: PRESENT ___ NOT PRESENT ___ ON BOND ___ IN CUSTODY ___

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft's mtn for Continuance Granted - Possible Plea -

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC 2 days

23