UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NUMBER: 00-6095-CR-ZLOCH

Plaintiffs,

vs.

DERRECK STRZEPKA,

Defendant.
_____/

FILED by _____ D.C.
JUN 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE OF UNAVAILABILITY

YOU ARE HEREBY NOTIFIED that MICHAEL A. GOTTLIEB, attorney of record for Petitioner will be on vacation from June 30, 2000, through and including July 4, 2000 and therefore requests that no hearings, depositions, motions, or other pleadings be filed which require a timely response during this time period; and that all pending matters be abated during this period of time.

The filing and service of this Notice shall constitute an application and request for continuance, extension of time and/or for Protective Order as may be appropriately required for the above reasons.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail delivery to Office of the United States Attorney, 299 Broward Blvd., Ft. Lauderdale, Florida 33310 on this 21st day of June, 2000.

Michael A. Gottlieb, Esquire
Michael A. Gottlieb, P.A.
1311 SE Second Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 462-1005
Facsimile: (954) 463-9869
Fla. Bar No. 981133