UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NUMBER: 00-6095-CR-ZLOCH

   Plaintiffs,

vs.                                      **MOTION TO CONTINUE**

DERRECK STRZEPKA,

   Defendant.
_____/

COMES NOW the Defendant, DERRECK STRZEPKA, by and through the undersigned counsel, pursuant to Federal Rules of Criminal Procedure and moves this Honorable Court to grant this Motion and enter an Order continuing the Calendar Call in the above-styled cause and as grounds therefore would allege as follows:

1. That the Defendant is presently charged by an Indictment with possession of a sawed off shotgun.
2. That the Defendant is scheduled for a Calendar Call on June 30, 2000, at 9:00 a.m.
3. That the Defendant is engaged in on-going plea negotiations with the Office of the United States Attorney; with the negotiations having been successful to this point.
4. That the Defendant's assistance will require an additional two-week period.
5. That the undersigned received notice of this court date on June 20, 2000.

## 10-G CERTIFICATE

6. That the undersigned counsel has spoken with Roger Powell, the Assistant United States Attorney, who has indicated he has no objection to the instant motion, and, in addition, has scheduling conflicts with the June 3, 2000, date.

WHEREFORE, the Defendant, DERRECK STRZEPKA, prays this Honorable Court to grant this Motion and enter an Order continuing the Calendar Call in the above-styled cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Roger Powell, Esquire, Office of the United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 on this ___2e___ day of June, 2000.

_____
Michael A. Gottlieb, Esquire
Michael A. Gottlieb, P.A.
1311 SE 2nd Avenue
Ft. Lauderdale, Florida 33316
Phone: 954-462-1005
Fax: 954-463-9869
Florida Bar No.: 981133