UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6095-CR-ZLOCH

UNITED STATES OF AMERICA,

        PLAINTIFF,

v.

DERRECK STRZEPKA,

        DEFENDANT.
_____/



FILED by _____ D.C.

JUN 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## GOVERNMENT'S SPEEDY TRIAL REPORT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and submits its Speedy Trial Report pursuant to Local Rule 25.

1. The Speedy Trial Act, Section 3161(c)(1), mandates that the trial of a federal indictment must occur within seventy (70) days of filing and making public of the indictment, or from the date of a defendant's initial appearance on the charges, whichever last occurs.

2. In the instant case, the defendants were indicted on April 13, 2000, and the defendant was arraigned on this indictment before Magistrate Judge Lurana S. Snow on May 1, 2000.

3. Since the filing of this case, proceedings have occurred resulting in excludable time under Title 18, United States Code,



Section 3161(h). The United States provides the following chart for the convenience of the Court:

| Event/Motion | Date | Date of Order | Excludable Time |
|---|---|---|---|
| (1) Arraignment | 05/1/00 | | 1 day |
| (2) Def. Strzepka Motion to Cont. | 06/14/00 | granted 06/19/00 | 5 days |
| (3) Def. Strzepka Motion to Cont. | 06/22/00 | Pending | 14 days |

4. The United States submits that as of Calendar Call on Friday, June 30, 2000, forty three (43) days of non-excludable time have elapsed since the indictment in this case. Title 18, United States Code, Section 3161(h)(3)(A).

5. Trial of this action should commence within twenty seven (27) days from the date presently set for Trial - Monday, July 3, 2000, unless additional periods of excludable time occur.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.: 341411
Off.:(954) 356-7255; Fax. 356-7336
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed and hand delivered this **30th** day of **JUNE 2000** to:

> Mr. Michael A. Gottlieb, Esq.
> Attorney for defendant Strezpka
> 1311 SE 2nd Avenue
> Ft. Lauderdale, FL 33316

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY