FILED by _____ D.C.

JUN 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER _00- 6095-CR- Zloch_ DATE _June 30, 2000_

CLERK _Amy Jordan_    REPORTER _Carl Schanzleh_

PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA V. _Derreck Strzepka_

U. S. ATTORNEY _Roger Powell_    DEFT COUNSEL _Michael Gottlieb_

DEFENDANT:    PRESENT ____ (NOT PRESENT) (ON BOND) IN CUSTODY

REASON FOR HEARING _Calendar Call_

RESULT OF HEARING _Defendant's motion to Continue – Denied._
_- Parties will Contact Chambers to schedule a change of Plea._

JUDGMENT _____

CASE CONTINUED TO _____    TIME _____    FOR _____

MISC _____

27