UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:   00-6095-CR-ZLOCH

UNITED STATES OF AMERICA

    v.

DERRECK STRZEPKA

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

| PLACE | COURTROOM A |
|---|---|
| 299 E. BROWARD BLVD. | DATE & TIME: |
| FT. LAUDERDALE, FL 33301 | July 14, 2000 at 2:30 PM |

**CHANGE OF PLEA** — COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: July 6, 2000

cc:
Roger Powell, Esq., AUSA
Michael Gottlieb, Esq.