UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JUL 14 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

00-6095 CR-WJZ

CASE NUMBER ~~94-6189~~ CR Zloch   DATE 7-14-00

CLERK Carlene Newby   REPORTER Carl Schanzleh

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Derreck Strzepka

U. S. ATTORNEY Jeff Kay for   DEFT COUNSEL Michael Gottlieb
Roger Powell

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to one Count Indictment

RESULT OF HEARING Deft. pleads guilty to count I of the Indictment; Ct. finds Deft.'s plea to be knowing, voluntary, and intelligent; Ct adjudges the Deft guilty of count I of the indictment.

JUDGMENT _____

CASE CONTINUED TO 9/29/00   TIME 11:00 a.m. FOR sentencing

MISC _____

