UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
SEP 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6095-CR-Zloch   DATE: 9-29-00
CLERK: Carlos Newby   REPORTER: Carl Schenzley
PROBATION: Tracey Webb   INTERPRETER:

UNITED STATES OF AMERICA v. Derrick Starzepka

U.S. ATTORNEY: Roger Powell   DEFT COUNSEL: Michael Gottlieb

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Ct 1 - 18 months custody of BOP - 2 yrs Supervised Release Spec Cond - Participate in Drug/Alcohol Abuse program - $100 assessment

JUDGMENT: Execution of sentence deferred until noon 11-30-2000 - Ct recommends facility in Florida -

CASE CONTINUED TO _____   TIME _____   FOR _____

MISC _____

32