DEFENDANT: DERRECK STRZEPKA
CASE NUMBER: 00-6095-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  18 months.

[x] The court makes the following recommendations to the Bureau of Prisons:

a facility in Florida.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
  [ ] at _____ a.m./p.m. on _____ .
  [ ] as notified by the United States Marshal.

[x] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [x] before 2 p.m.xxx noon 11/30/00 .
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  11-30-00  to  FPC  
at  Eglin AFBFL  with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

34