PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 63622

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6095-CR-Zloch

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  **Derreck Strzepka**

Name of Sentencing Judicial Officer:   The Honorable William J. Zloch, Chief U.S. District Judge, Fort Lauderdale

Date of Original Sentence:  September 29, 2000

Original Offense:   Count 1: Possession of an Unregistered Firearm, in violation of Title 26, U.S.C. §5961(d) and §5871, a Class "C" Felony.

Original Sentence:   Eighteen (18) months custody of the U.S. Bureau of Prisons, to be followed by two (2) years supervised release. Special conditions require the defendant to participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Office.

Type of Supervision: Supervised Release       Date Supervision Commenced: March 25, 2002

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

"The defendant shall participate in an approved treatment program for mental health as directed by the U.S. Probation Office. Participation may include in-patient/out-patient treatment, if deemed necessary. The supervised releasee will contribute to the costs of services rendered (co-payment) in an amount determined by the probation officer, based on ability to pay or availability of third party payment."

## CAUSE

Mr. Strzepka has been experiencing periods of depression, sleepless nights, and has reported hearing voices in the recent past. He seems to have no motivation to obtain employment. He sleeps all day, stating he cannot sleep at night. It is the observation of this U.S. Probation

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 63622

The Honorable William J. Zloch, Chief Judge  
REQUEST FOR MODIFYING CONDITIONS OF SUPERVISION  
Page 2

Name of Offender: Derreck Strzepka                                    Case No. 00-6095-CR-Zloch

Officer that he may be experiencing bi-polar tendencies and, therefore, is in need of a mental health evaluation by a licensed pyschiatrist.

    Mr. Strzepka has signed the Waiver of Hearing to Modify Conditions, agreeing to this modification. Should Your Honor concur with my recommendation, please indicate so below.

Respectfully submitted,

by

David L. Sutherland  
U.S. Probation Officer  
Phone: (954) 769-5512  
Date: June 4, 2002

Reviewed by: _____  
Carolyn M. Gamble, Supervising  
U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ]    No Action  
[ ]    The Extension of Supervision as Noted Above  
[X]    The Modification of Conditions as Noted Above  
[ ]    Submit a Request for _ Warrant or _ Summons

_____  
**Signature of Judicial Officer**

6/10/02  
_____  
**Date**